<div style="margin-left:2em">United States District Court<br>Northern District of California</div>

1
2
3 UNITED STATES DISTRICT COURT
4 NORTHERN DISTRICT OF CALIFORNIA
5
6  JP MORGAN CHASE BANK,            Case No.: 12-CV-04378-YGR
7       Plaintiff,                  **ORDER ADOPTING MAGISTRATE JUDGE JAMES' REPORT AND RECOMMENDATION; GRANTING MOTION TO REMAND**
8       vs.
9  ARMEN JALALIAN, et al.,
10      Defendants.
11
12
13   The Court has reviewed Magistrate Judge James' Report and Recommendation regarding remand of this action. (Dkt. No. 9.)  No party has filed an objection.  The Court finds the Report to be correct, well-reasoned, and thorough, and adopts it in every respect.
14
15   Accordingly, and for the reasons set forth in the Report, Plaintiff's Motion to Remand is **GRANTED** and this action is **REMANDED** to the San Mateo County Superior Court.  The Clerk of this Court is further ordered to forward certified copies of this Order and all docket entries to the Clerk of the San Mateo County Superior Court.  All hearing dates are **VACATED**.
16
17   This Order terminates Dkt. Nos. 5 & 9.
18   **IT IS SO ORDERED.**
19
20 Dated: October 25, 2012                    _____
21                                            **YVONNE GONZALEZ ROGERS**
22                                            **UNITED STATES DISTRICT COURT JUDGE**